ROBERT C. BARR, APPELLANT, v. SAMUEL GELDZILER, RESPONDENT.

AGNES V. BARR, APPELLANT, v. SAMUEL GELDZILER, RESPONDENT.

Submitted May 29, 1931—Decided October 19, 1931.

398

For the appellants, *Edward F. Merrey.*

For the respondent, *Thomas J. Kennedy.*

PER CURIAM.

The judgments appealed from will be affirmed, for the reasons stated in the opinion filed by Judge Porter.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, CAMPBELL, LLOYD, CASE, BODINE, DALY, VAN BUSKIRK, HETFIELD, DEAR, WELLS, JJ. 11.

*For reversal*—PARKER, DONGES, KAYS, JJ. 3.